No. 2921. SOUTH PORTO RICO SUGAR COMPANY, APELANTE, v. NORIEGA & ALVAREZ, APELADA.—Corte de Distrito de Ponce. Daños y perjuicios. Resuelto en enero 15, 1923. Examinada la moción de desestimación presentada por la demandada, la certificación que se acompaña y el escrito de allanamiento de la demandante a la dicha moción, se declara con lugar y se desestima la apelación.

No. 2632. PASAPERA, APELANTE, v. MÉNDEZ HERMANOS, S. EN C., APELADA.—Corte de Distrito de Humacao. Daños y perjuicios. Memorándum de costas. Resuelto en enero 15, 1923. Examinada la moción de desestimación presentada por la parte apelada y el escrito que se acompaña se declara con lugar y se desestima la apelación.

No. 1996. EL PUEBLO, APELADO, v. ORTIZ, APELANTE.— Corte de Distrito de Guayama. Resuelto en enero 15, 1923. Acometimiento y agresión simple. No existiendo pliego de excepciones ni exposición del caso, sin que tampoco la apelante radicara alegato y no apareciendo de los autos error fundamental alguno, se confirma la sentencia.

No. 2000. EL PUEBLO, APELADO, v. ATILANO, APELANTE.— Corte de Distrito de Guayama. Resuelto en enero 22, 1923. Homicidio voluntario. No habiendo presentado el apelante alegato alguno en apoyo del recurso se confirma la sentencia.

No. 2001. EL PUEBLO, APELADO, v. PILLOT, APELANTE.— Corte de Distrito de Guayama. Resuelto en enero 22, 1923. Alterar la Paz. No existiendo pliego de excepciones ni exposición del caso sin que el apelante tampoco radicara alegato y no apareciendo de los autos que se haya cometido error fundamental alguno, se confirma la sentencia.

No. 2945. CABALLERO, APELADO, v. CINTRÓN, APELANTE.— Corte de Distrito de Humacao. Cobro de honorarios profesionales. Resuelto en enero 23, 1923. Examinada la moción de desestimación del apelado y la certificación que se acompaña y no habiéndose radicado en el término reglamentario la transcripción de autos, se desestima la apelación.